

**Olga Lydia Reyes**
COUNTY AND DISTRICT CLERK
101 EAST MAIN STREET
P.O. BOX 184
ROCKSPRINGS, TEXAS 78880-0184
830-683-2235 office / 830-683-5376 fax



February 6, 2015


<u>VIA FACSIMILE TRANSMISSION TO 210-335-2762</u>
Fourth Court of Appeals
Cadena Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

RE:  Cause # 3725; CLEVAN MYERS VS. NEWFIELD EXPLORATION CO.

This is to confirm that Lloyd Muennink's payment of $353.00 has been received as of February 2nd, and the Clerk's record is now being prepared

Should you have any questions, please call our office at your earliest convenience.

Sincerely,

Cristina Coke
Cristina Coke
Deputy Clerk

Enclosure

xc:  Lloyd Muennink, via facsimile transmission to 512-478-6626
     James M. Truss via facsimile transmission to 210-226-8395
     Garry A. Merritt, via facsimile transmission to 830-232-4129

# Edwards County and District Clerk

P.O. Box 184/101 E. Main Street
Rocksprings, Texas 78880
830.683.2235 Office
830.683.5376 Fax

Olga Lydia Reyes, County and District Clerk
Sabrina Montoya, Chief Deputy Clerk
Cristina Coke, Deputy Clerk

Date: February 6, 2015

To: Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, TX 78205-3037

From: Cristina Coke

Fax Number: 210-335-2762

Number of Pages Including Cover Page: 2

Re: Cause No. 3725   CLEVAN MYERS VS. NEWFIELD EXPLORATION CO.

Please find attached confirmation of Lloyd Muennink's payment.